UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: Graig Dyllon Grisham

                CHAPTER 13
                CASE NO. 21-10666-jal

        Debtor

_____

## ORDER EXTENDING AUTOMATIC STAY

The motion of the Debtor is GRANTED. Pursuant to 11 U.S.C.§ 362(c)(3)(B), the automatic stay shall be in effect with respect to all creditors in this action until such time as this Court issues an order stating otherwise.

It is hereby ORDERED and DECREED.

                                                                    _____
                                                                  Joan A. Lloyd
                                                                  United States Bankruptcy Judge
                                                                   Dated:  November 29, 2021

Tendered by:

/s/ Sarah S. Carey
CAREY LAW, PLLC
719A Dishman Lane
Bowling Green, KY 42104
(270) 938-0100 Office
(270) 792-8256 Mobile
(270) 721-0046 Fax
Sarah@careylawbg.com